**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

**No. 03-1965**

———————————————

TRACY WOODY,

Plaintiff - Appellant,

versus

ADVANCED INTERNET MARKETING, INCORPORATED;
AMERICA ONLINE, INCORPORATED; THE BROCK
AGENCY, INCORPORATED; CHRIS WHITE; JOSEPH
CHOU; CUTTING EDGE MEDIA; CONSUMER SERVICES;
ALVIN G. DOMINEY; KOUNTRY BOY ADVERTISING;
MOMENTUM HEALTH & NUTRITION; E-TALENT BASE;
GALAXY MALL, INCORPORATED; JOHN WRIGHT
PUBLISHING; HOMESTEAD SCHOOLS, INCORPORATED;
TIME PUBLISHING COMPANY; LEADSOURCE
INTERNATIONAL; WILLIAM LIVINGSTONE; THE NEWS
AND OBSERVER PUBLISHING COMPANY; PREPAID LEGAL
SERVICES; QUALITY TEK FINANCIAL SERVICES;
QUANTUM PUBLISHING; PERRY WILKES; QUINTON
HALL; AARON MACERELLI; SAM'S, a/k/a Sam's Home
Employment; SFI SOFTWARE; STARCREST OF
CALIFORNIA; ALEX STROKA; NEXT CENTURY
MARKETING, INCORPORATED; INTERNATIONAL
TEAMWORKS, INCORPORATED, a/k/a ITI,
Incorporated; WINDSOR JUDICIAL SYSTEM; JOHN
ROBERT POWERS, INCORPORATED;
NEWSLINC/WINNING!; EBAY, INCORPORATED; CHARLES
VINEYARD; UNITED PARCEL SERVICE, INCORPORATED;
PUBLIC SERVICE COMPANY OF NORTH CAROLINA,
INC.; CLIFF SMITH; BUSINESS OPPORTUNITIES
JOURNAL; MBI/IN TRADING; FINANCIAL AUTOMATED
SERVICE & TRADE, a/k/a F.A.S.T.; CORNERSTONE
MARKETING, INCORPORATED; DECIDE TO WIN;
DIVERSIFIED CELLULAR TECHNOLOGIES; LION'S TWIN
MARKETING; M.O.R.E., INCORPORATED; DATA TECH,
INCORPORATED; SKYCOM; CHIAPPONE MAIL
ENTERPRISES, INCORPORATED; INTERNATIONAL
MODELING & TALENT ASSOCIATION; CENTER FOR
SCIENCE IN THE PUBLIC INTEREST; ERIE INSURANCE
EXCHANGE; DAVID WRIGHT INSURANCE COMPANY;

AMERICAN DREAM NUTRITION, INCORPORATED; STAPLES, INCORPORATED; ALAN BECHTOLD; SUCCESS MARKETING GROUP, INCORPORATED; RONALD L. SARGENT; ERIE INSURANCE COMPANY; ERIE INSURANCE PROPERTY & CASUALTY COMPANY,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge. (CA-02-675-5-H)

———————————

Submitted:  June 18, 2004          Decided:  August 20, 2004

———————————

Before LUTTIG, MICHAEL, and SHEDD, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Tracy Woody, Appellant Pro Se.  Mark Jay Prak, Charles Earp Coble, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, Raleigh, North Carolina; Brian Edward Moore, HOWARD, STALLINGS, FROM & HUTSON, P.A., Raleigh, North Carolina; Cedric R. Perry, Raleigh, North Carolina; Herbert P. Henderson, II, REIDENBACH, HENDERSON & PECHT, Lancaster, Pennsylvania; Johnny Morgan Loper, Melody Carroll Ray-Wellborn, Matthew Sean Healey, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina; Shawn Douglas Mercer, JOHNSON, HEARN, VINEGAR & GEE, P.L.L.C., Raleigh, North Carolina; Vijay Fadia, Torrance, California; Hugh Stevens, C. Amanda Martin, EVERETT, GASKINS, HANCOCK & STEVENS, Raleigh, North Carolina; Perry Wilkes, Columbus, Ohio; George Ollie Winborne, Jr., ALSTON & BIRD, L.L.P., Raleigh, North Carolina; Alycia Sara Levy, CRANFILL, SUMNER & HARTZOG, L.L.P., Raleigh, North Carolina; Chiappone Mail Enterprises, Incorporated, West Babylon, New York; Carl Norris Patterson, Jr., Matthew Duvall Rhoad, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, Raleigh, North Carolina; James Donald Cowan, Jr., SMITH MOORE, L.L.P., Greensboro, North Carolina; Wendy I. Sexton, SMITH MOORE, L.L.P., Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tracy Woody seeks to appeal the district court's order dismissing all but two of the defendants named in the underlying civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Woody seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED